# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BOARD OF EDUCATION OF THE CITY OF CHICAGO | ) ) ) |
| Plaintiff/Counter-Defendant, vs. | ) ) ) Case No. 1:23-cv-06811 |
| K.G., by and through her parent M.G.; the ILLINOIS STATE BOARD OF EDUCATION, | ) ) Hon. Judge Sharon Johnson Coleman ) ) ) ) |
| Defendants/Counter-Plaintiffs. | ) |

## STIPULATED ORDER OF DISMISSAL

THIS CAUSE having come before the Court on a status hearing, the Parties having reached and executed a settlement agreement, and the Court having been so advised, IT IS HEREBY ORDERED:

1. The parties' joint representation that its settlement agreement has resolved the pending Complaint and Counterclaims is accepted; and

2. This cause in its entirety is dismissed with prejudice and without costs.

Date: 3/27/2024

_____

Sharon Johnson Coleman
UNITED STATES DISTRICT JUDGE

1